STATE OF NEW JERSEY v. DAVID EMORY.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RADAMES GONZALEZ.

December 8, 1987.

Petition for certification denied.

IN THE MATTER OF CERTAIN AMENDMENTS TO THE ADOPTED AND APPROVED SOLID WASTE MANAGEMENT PLAN OF THE MORRIS COUNTY SOLID WASTE MANAGEMENT DISTRICTS.

December 8, 1987.

Petition for certification denied.